FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

AUG 09 2023

MITCHELL R. ELFERS
CLERK

August 7, 2023

United States Clerk,

To Whom it May Concern:

Can you Please File this Complaint for Violation of my 1st/4th/5th/8th + 14th Ammendment Rights Against:

- The Board of County Commissioners of the County of Bernalillo

- Metropolitan Detention Center Chief Jason Jones Assistant Chief Sergio Aspien

- The City of Albuquerque Mayor Tim Keller

Can you Please Forward Me a Blank Application of 42. U.S.C. 1983 Pro-SE Civil Rights Complaint

OVER PLEASE →

Along with a Blank Application "Informa Pauperis" Since I will be filing as an Indigent Inmate.

Thank You,

Respectfully Submitted By:

Charlie A Chavez

Return Address Home:
Attn:

MR. CHARLIE A. CHAVEZ
46 TOME VISTA DRIVE
LOS LUNAS, NEW MEXICO

87031



Charlie Chavez 104299724
F8-23
Metropolitan Detention Ctr
100 Deputy Dean Miera Dr. SW
Albuquerque, New Mexico
87151

RECEIVED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

AUG 09 2023

MITCHELL R. ELFERS
CLERK

ALBUQUERQUE NM 870
8 AUG 2023 PM 2 L

United States District Court
District of New Mexico
Office of the Clerk
100 N. Fourth St. Suite 370
333 Lomas Blvd. N.W.
Albuquerque, New Mexico 87102